

# Fourth Court of Appeals
## San Antonio, Texas

January 31, 2022

No. 04-22-00056-CV

**IN RE DOUGLAS K. SMITH**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Luz Elena D. Chapa, Justice
Irene Rios, Justice
Beth Watkins, Justice

Relator Douglas K. Smith, has filed a writ of injunction and a motion for an emergency order to stay a foreclosure pending further order of the court. *See* TEX. R. APP. P. 52.1, 52.10(a). We **GRANT** the emergency motion for stay pending action by the court on relator Douglas K. Smith's petition and **STAY** the foreclosure of real property described as: "Lot 42, Block 2, New City Block 11671, Inverness Unit-1, Planned Unit Development, City of San Antonio, Bexar County, Texas, according to the Map or Plat thereof recorded in Volume 9541, Pages 84-87, Deed and Plat records of Bexar County, Texas. Also commonly known as 101 Bretford Court, San Antonio, Bexar County, Texas." *See id.* R. 52.10(b).

It is so **ORDERED** on January 31, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT

---

[1] This proceeding arises out of Cause No. 2021-CI-24897, styled *Smith v. Pioneer Bank*, pending in the 57th Judicial District Court, Bexar County, Texas, the Honorable Norma Gonzales presiding.